UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICIA NICOLE DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>MEDSTAR GEORGETOWN<br>UNIVERSITY HOSPITAL,<br><br>        Defendant. | Case No: 1:21-cv-00520-RC |

## ORDER

UPON CONSIDERATION of the Defendant's Motion to Dismiss Plaintiff's Complaint, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2021, by the United States District Court for the District of Columbia, hereby:

**ORDERED**, that the Defendant's Motion to Dismiss, be, and the same hereby is, **GRANTED**; and it is further;

**ORDERED**, that the Plaintiff's Complaint be, and the same hereby is, **DISMISSED** as the Plaintiff failed to: (a) file suit within the applicable statute of limitations; (b) sue a proper legal entity; (c) serve the registered agent or other agent authorized by appointment or by law to receive service of process; and (d) serve the Defendant within 90 days of filing the Complaint.

 

_____
Judge, United States District Court
for the District of Columbia

*Copies to:*

Alicia Nicole Davis
10221 River Road
Potomac, Maryland 20854
*Pro Se Plaintiff*

Jeremy R. Krum, Esquire
Robert D. Anderson, Esquire
Armstrong, Donohue, Ceppos,
  Vaughan & Rhoades, Chtd.
204 Monroe Street, Suite 101
Rockville, Maryland 20850
*Counsel for Defendant*